IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DARRYLL MACK,

    Petitioner,

v.                                      4:23cv181–WS/ZCB

RICKY DIXON,

    Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (ECF No. 10) docketed December 5, 2023. The magistrate judge recommends that Petitioner's petition for writ of habeas corpus be dismissed as untimely. Petitioner has filed no objections to the magistrate judge's report and recommendation.

    Upon review of the record, the court has determined that the magistrate judge's report and recommendation is due to be adopted based on the untimeliness of Petitioner's petition for writ of habeas corpus. Like the magistrate judge, the undersigned finds that Petitioner has failed to establish (1) entitlement to equitable

tolling; and (2) a tenable actual-innocence gateway to overcoming the statute-of-limitations bar to consideration of his claims. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 10) is hereby ADOPTED and incorporated by reference into this order.

2. Respondent's motion to dismiss (ECF No. 8) is GRANTED.

3. Petitioner's petition for writ of habeas corpus (ECF No. 1) is DISMISSED with prejudice as time barred.

4. The clerk shall enter judgment stating: "The petitioner's petition for writ of habeas corpus is DISMISSED with prejudice."

5. A certificate of appealability is DENIED.

DONE AND ORDERED this ___10th___ day of ___January___, 2024.

        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE